```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AMBER BLUNT, et al.             :       CIVIL ACTION
                                :
          v.                    :
                                :
LOWER MERION SCHOOL             :
DISTRICT, et al.                :       NO. 07-3100
```

ORDER

AND NOW, this 7th day of May, 2009, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1)   the Order dated March 9, 2009 (Doc. #81) is VACATED;

(2)   the Order dated April 15, 2009 (Doc. #93) is VACATED;

(3)   the Pennsylvania Department of Education shall provide complete responses, on or before May 15, 2009, to Plaintiffs' Interrogatories Nos. 1 and 2 and Requests for Document Production Nos. 2, 3, 5, 6, and 7 served on January 9, 2009, including disclosure of any responsive educational records or data the confidentiality of which may be protected under federal law.  The Pennsylvania Department of Education may not disclose names, addresses, and social security numbers of either the students or their parents;

(4)   the Seventh Scheduling Order dated March 9, 2009 (Doc. #80) is VACATED;

(5)   defendants shall file and serve any briefs in opposition to plaintiffs' motion for class certification on or before May 20, 2009; and

(6)   plaintiffs shall file and serve any reply brief on or before June 3, 2009.

>                                        BY THE COURT:
>
>                                        /s/ Harvey Bartle III
>                                                              C.J.