```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AMBER BLUNT, et al.              :      CIVIL ACTION
                                 :
          v.                     :
                                 :
LOWER MERION SCHOOL              :
DISTRICT, et al.                 :      NO. 07-3100
```

ORDER

AND NOW, this 19th day of August, 2009, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the motion of plaintiffs for class certification is DENIED;

(2) the motion of defendants, the Lower Merion School District and the Lower Merion School Board, to dismiss the claims of Concerned Black Parents of Mainline, Inc. and the Mainline Branch of the NAACP for lack of standing is GRANTED; and

(3) all claims of plaintiffs against the Pennsylvania Department of Education are barred and are DISMISSED.

BY THE COURT:


/s/ Harvey Bartle III
                                                        C.J.