IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMBER BLUNT, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LOWER MERION SCHOOL | : | |
| DISTRICT, et al. | : | NO. 07-3100 |

<u>ORDER</u>

AND NOW, this 21st day of December, 2010, following a telephone conference with counsel, it is hereby ORDERED that the above-captioned action be removed from civil suspense and transferred to the court's active docket for final disposition.

BY THE COURT:

<u>/s/ Harvey Bartle III</u>
C.J.