IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMBER BLUNT et al. | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| LOWER MERION SCHOOL DISTRICT et al. | : | NO. 07-3100 |

**NOTICE**

Please be advised that a **ORAL ARGUMENT ON MOTION FOR SUMMERY JUDGMENT** in the above-captioned case will be held on **October 4, 2011** at **2:00 p.m.** before the **Honorable Harvey Bartle, III** in courtroom 16A U.S. District Courthouse, 601 Market Street, Philadelphia, PA.

Failure to comply with this directive may result in the imposition of sanctions.

The Oral Argument will be continued to another date only in exceptional cases.

Very truly yours,

Katherine M. Gallagher
Deputy Clerk to Judge Bartle
267-299-7389

cc: All counsel

9/20/11