```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AMBER BLUNT, et al.          :        CIVIL ACTION
                             :
     v.                      :
                             :
LOWER MERION SCHOOL          :
DISTRICT, et al.             :        NO. 07-3100
```

ORDER

AND NOW, this 12th day of October, 2011, following a telephone conference with counsel, it is hereby ORDERED that the deadlines set forth in the Ninth Scheduling Order dated December 21, 2010 are held in abeyance pending further order of this court.

BY THE COURT:


/s/ Harvey Bartle III
                                                        J.