```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AMBER BLUNT, et al.            :      CIVIL ACTION
                               :
         v.                    :
                               :
LOWER MERION SCHOOL            :
DISTRICT, et al.               :      NO. 07-3100
```

ORDER

      AND NOW, this 20th day of October, 2011, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

      (1)  the motion of defendants for summary judgment is GRANTED; and

      (2)  the motion of plaintiffs to partially exclude and/or limit the report and testimony of Daniel J. Reschly, Ph.D. is DENIED as moot.

                                          BY THE COURT:

                                          /s/ Harvey Bartle III
                                                                    J.