```
               IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA


AMBER BLUNT, et al.           :        CIVIL ACTION
                              :
          v.                  :
                              :
LOWER MERION SCHOOL           :
DISTRICT, et al.              :        NO. 07-3100
```

<u>ORDER</u>

AND NOW, this 20th day of October, 2011, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

      (1)  the motion of defendants for summary judgment is GRANTED; and

      (2)  the motion of plaintiffs to partially exclude and/or limit the report and testimony of Daniel J. Reschly, Ph.D. is DENIED as moot.

                    BY THE COURT:


                    /s/ Harvey Bartle III
                                        J.